**U.S. Bankruptcy Court**
**271-C Cadman Plaza East, Suite 1595**
**Brooklyn, NY 11201-1800**

| | |
|---|---|
| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
| Grand Bank<br>Hudson River Park Pier 25<br>New York, NY 10013 | 4200 E. Skelly Drive<br>Tulsa, Oklahoma 74135 |

__/s/ Sharon Salmon_____          02/07/2019
Signature of Debtor or Debtor's Attorney          Date